UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANGTAO WANG,<br><br>     Petitioner,<br><br>  v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>     Respondents. | Case No. 5:26-cv-02186-FLA (SSC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [DKT. 11]** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition for Writ of *Habeas Corpus* ("Petition," Dkt. 1), all relevant portions of the docket, and the Report and Recommendation of United States Magistrate Judge ("Report," Dkt. 11).  No objections were filed to the Report.

The court, therefore, ACCEPTS and ADOPTS the findings and conclusions of the Magistrate Judge in the Report and ORDERS as follows:

1.  The Petition is GRANTED.

2.  Respondents shall release Petitioner from their custody immediately unless Petitioner is provided with an individualized bond hearing, pursuant to 8 U.S.C. § 1226(a), within seven (7) days of the issuance of this Order.

3.  Respondents are further ORDERED to file a notice of compliance within one (1) business day of Petitioner's individualized bond hearing or release.

IT IS SO ORDERED.

Dated: May 21, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge