JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ZHANGTAO WANG,

                Petitioner,

      v.

MARKWAYNE MULLIN, *et al.*,

                Respondents.

Case No. 5:26-cv-02186-FLA (SSC)

**JUDGMENT**

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the Petition for Writ of *Habeas Corpus* (Dkt. 1) is GRANTED.

Dated: May 21, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1